## United States District Court for the Northern District of Illinois

Case Number: 08CV4885                      Assigned/Issued By: DAJ

Judge Name: NORDBERG                 Designated Magistrate Judge: COLE

### FEE INFORMATION

*Amount Due:*  [✓] $350.00     [ ] $39.00     [ ] $5.00
               [ ] IFP         [ ] No Fee     [ ] Other _____
               [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                  Receipt #: 3054132

Date Payment Rec'd: 08/26/08         Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                               [ ] Alias Summons

[ ] Third Party Summons                   [ ] Lis Pendens

[ ] Non Wage Garnishment Summons          [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons    _____
                                          _____
[ ] Citation to Discover Assets           (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_1_ Original and _0_ copies on _08/26/08_ as to _DEF._____
                                (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05